Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

07 CV 7248

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ALESIA MILANESI, LUCIANA CEREDI and
LUCIANO MILANESI, PENG ZEYING and WOON
CHEUNG LEUNG, RAUL ALEJANDRO
GONZALEZ MARTIN, GUSTAVO CARLOS
FERREIRA, JOSE EMILIO CARTAÑA AND RAUL
HORACIO MENDEZ and MARIA MERCEDES
MENDEZ FERRO,

    07 CV ____

**RULE 7.1 STATEMENT**

                Plaintiffs,

        -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.
-----------------------------------------------------------------x

RECEIVED AUG 1 4 2007 U.S.D.C. S.D.N.Y. (TPG) CASHIERS

        Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates, subsidiaries and/or owners of 10% of the stock of said party which are publicly held:

        None.

{00280756.DOC;}

Dated: New York, New York
      August 14, 2007

**DREIER LLP**

By: _____
Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*