UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
ALESIA MILANESI, et. al.,                                                :
                                                                         :     07 Civ. 7248 (TPG)
                     Plaintiff,                                       :
                                                                         :
               - against -                                        :
                                                                         :     CERTIFICATE OF
THE REPUBLIC OF ARGENTINA,                                               :     SERVICE
                                                                         :
                     Defendant.                                       :
                                                                         :
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1.  On the 15th day of October 2007, the Answer, dated October 15, 2007 is being served by First Class Mail upon:

                  Joel A. Chernov, Esq.
                  Dreier LLP
                  499 Park Avenue
                  New York, New York 10022

       2.  This service is being made an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
          October 15, 2007

                                                         s/Richard V. Conza
                                                          Richard V. Conza