Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                     :
ALESIA MILANESI, *et al.*,                                           :    07 CV 7248  (TPG)
                                                                     :
                                       Plaintiffs,                   :
                                                                     :    **NOTICE OF MOTION**
                      -against-                                      :
                                                                     :
THE REPUBLIC OF ARGENTINA,                                           :
                                                                     :
                                       Defendant.                    :
------------------------------------------------------------------- x

        PLEASE TAKE NOTICE THAT upon the annexed declarations of Luciana Ceredi,

dated November 30, 2007; Alesia Milanesi, dated November 30, 2007; Peng Zeying, dated

November 30, 2007; Raul Alejandro Gonzales, dated November 30, 2007; Carlos Gustavo Ferreira,

dated November 30, 2007; Jose Emilio Cartana, dated November 30, 2007; Raul Horacio Mendez,

dated December 18, 2007; and Regina Alter, dated January 17, 2008, with annexed exhibits; the

Statement of Material Facts Pursuant to Local Rule 56.1; the accompanying Memorandum of Law;

and the pleadings and all prior proceedings had herein, the undersigned will move this Court before

the Honorable Thomas P. Griesa, United States District Judge, at the United States Courthouse, 500

Pearl Street, New York, New York, at such time as the Court directs, for an Order, pursuant to Rule

56 of the Federal Rules of Civil Procedure, granting plaintiffs summary judgment as against

defendant the Republic of Argentina, to strike defendant's discovery requests, and for such other

relief as the Court deems just and proper.


Dated: New York, New York
       January 17, 2008

**DREIER LLP**

By:_____
    Marc S. Dreier (MD-9713)
    Joel A. Chernov (JC-8789)
    Regina M. Alter (RA-7014)

499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*