X 326

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALESIA MILANESI, et al., | 07 CV 7248 (TPG) |
| Plaintiff, | **DECLARATION OF PENG ZEYING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| - against - | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

PENG ZEYING declares under penalty of perjury as follows:

1. I am a citizen of China and one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

2. As set forth in the Complaint, it cannot be disputed that (i) my uncle Woon Cheung Leung and I own the bonds upon which we have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) we provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3. On April 27, 2007, my uncle Woon Cheung Leung and I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of

October 19, 1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amount of $375,000 having the ISIN No. US040114AZ32 and CUSIP No. 040114AZ3. The Bonds are deposited under the name of our bank, Citicorp Financial Services Corp., and have been booked electronically by Citicorp Financial Services Corp. in our name. Copies of our two most recent account statements, both for the period of July 1, 2007 to September 30, 2007, are annexed hereto as Exhibits 1 and 2. Those statements indisputably show that we continue to own the Bonds.

4. Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5. The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6. In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or
>
> (d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7. Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written

[1] A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

8. By letter dated August 13, 2007, we provided Argentina with written notice that we were declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 3.

9. Since then, Argentina has failed to make any payment of principal or interest to my uncle and me.

10. By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: November 30, 2007

PENG ZEYING

# EXHIBIT 1

X 526

CITICORP FINANCIAL SERVICES CORP
PO Box 70263
San Juan, PR 00936-8263 Phone: (787) 756-4998

Ref: 00003333 00013117



# Client Statement
July 1 - September 30, 2007

PENG ZEYING — *Account number 54X-03573-12* 16A

## Bonds

*Unrealized gains & losses have been adjusted to account for the accretion of OID (original issue discount), the amortization of premium, and/or the accretion of market discount.*

*Call features shown indicate the next regularly scheduled call date and price. Your holdings may be subject to other mandatory and optional redemption features including sinking funds, extraordinary calls or other call provisions.*
*The research rating for Standard & Poor's and Moody's Investors Service may be shown for certain fixed income securities. All research ratings represent the "opinions" of the research provider and are not representations or guarantees of performance.*

## International bonds

| Amount | Description | Date acquired | Cost/ Adjusted cost | Share cost/ Adjusted share cost | Current share price/Accrued interest | Current value | Unrealized Gain/(loss) Original/ Adjusted | Current % Yield/ Anticip. income (annualized) | Ordinary income/ Capital gain/(loss) |
|---|---|---|---|---|---|---|---|---|---|
| 203,000 | ARGENTINA REP GLOBAL BONDS BK/ENTRY-DTD 12/04/1998 INT: 11.000% MATY: 12/04/2005 EXCHANGE RATE: 1.0000000 Amount denominated in: U.S. dollars Rating: WR/D | 04/27/07 | $ 75,110.00<br>$ 75,110.00 | $ 37.00<br>$ 37.00 | 34.00 | $ 69,020.00 | ($ 6,090.00) ST<br>($ 6,090.00) ST | | $ 0.00<br>($ 6,090.00) |

**Please note:** ***Amounts** are denominated in the currency of the issue.* ***Price** is a function of **exchange rate** and market price.*
***Market value** is denominated in U.S. dollars. Changes in **exchange rate** will affect the "face value in U.S. dollars" and **market value**.*





CITICORP FINANCIAL SERVICES CORP
PO Box 70263
San Juan, PR 00936-8263 Phone: (787) 756-4l8

Ref: 0#O003334 00013119

# Client Statement

July 1 - September 30, 2007

***Account number 54X-03574-11 03A***

***I07000003334 307271BA01 CFSFGNFOA***
***WOON CHEUNG LEUNG***
***PENG ZEYING TEN COM***
***LAVALLE 3850 1ER PISO***
***CAPITAL FEDERAL, BUENOS AIRES***
***C.P.1190***
***ARGENTINA***

**CFSC**
**CITICORP FINANCIAL SERVICES CORPORATION**
*Your Financial Executive*
CFSC 54X
P. O. BOX 70263
SAN JUAN PR 00936
787-756-4998
Website: www.cfscDirect.com
Clearing Broker: Citigroup Correspondent Clearing Services ("CCS"), a division of Citigroup Global Markets Inc. Member SIPC

Investments and Annuities:
• NOT FDIC INSURED • NOT A DEPOSIT WITH OR OBLIGATION OF ANY B\K • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NO BANK GUARANTEE • SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF PRINCIPAL
Securities transactions are through your introducing broker, Citicorp Financial Services Corporation (CFSC), member NASD/SIPC.
CFSC Citibank, and Citigroup Global Markets Inc. are affiliated companies under the common control of Citigroup inc.
To learn about SIPC coverage, please visit their website at www.sipc.org. © 20 Citicorp Financial Services Corporation. All rights reserved.

## Account value

| Account value | Last period | This period | % |
|---|---|---|---|
| International bonds | | | |
| Total value | | | |

## Gain/loss summary

| | This period | This year |
|---|---|---|
| Original Realized gain or (loss) | | |
| Adjusted Realized gain or (loss) | | |
| Unrealized gain or (loss) to date | (5,160.00) | |

## Cash, money fund, bank deposits

| | This period | This year |
|---|---|---|
| **Opening balance** | | |
| Deposits | | |
| Withdrawals | | |
| **Closing balance** | | |

**A free credit balance** in any securities account will be paid to you on demand. Although properly accounted for on our books and records, these funds may be used for our business purposes.

## Portfolio summary

| | This period | This year |
|---|---|---|
| Beginning total value (excl. accr. int.) | | |
| Net security deposits/withdrawals | | |
| Net cash deposits/withdrawals | | |
| Beginning value net of deposits/withdrawals | | |
| Total value as of 9/28/2007(excl.accr.int.) | | |
| Total return | | |

# EXHIBIT 2

X526



CITICORP FINANCIAL SERVICES CORP
PO Box 70263
San Juan, PR 00936-8263 Phone: (787) 756-4998

Ref: 00003334 00013121

# Client Statement
July 1 - September 30, 2007

WOON CHEUNG LEUN Account nuber 54X-03574-11 03

## Bonds

*Unrealized gains & losses have been adjusted to account for the accretion of OID (original issue discount), the amortization of pemium, and/or the accretion of market scount.*

*Call features shown indicate the next regularly scheduled call date and price. Your holdings may be subject to other mandatory nd optional redemption features incluc g sinking funds, extraordinary calls or other call provisions.*

*The research rating for Standard & Poor's and Moody's Investors Service may be shown for certain fixed income securities. All esearch ratings represent the "opinions of the research provider and are not representations or guarantees of performance.*

## International bonds

| Amount | Description | Date acquired | Cost/ Adjusted cost | Share cost/ Adjusted share cost | Current share price/Accrued interest | Curr value | Unrealized Gain/(loss) Original/ Adjusted | Current % Yld/ Anticip. incor (annualized) | Ordinary income/ Capital gain/(loss) |
|---|---|---|---|---|---|---|---|---|---|
| 172,000 | ARGENTINA REP GLOBAL BONDS<br>BK/ENTRY-DTD 12/04/1998<br>INT: 11.000% MATY: 12/04/2005<br>EXCHANGE RATE: 1.0000000<br>Amount denominated in:<br>U.S. dollars<br>Rating: WR/D | 04/27/07 | $ 63,640.00<br>$ 63,640.00 | $ 37.00<br>$ 37.00 | 34.00 | $ 58,480.00 | ($ 5,160.00) ST<br>($ 5,160.00) ST | | $ 0.00<br>($ 5,160.00) |

**Please note:** ***Amounts*** *are denominated in the currency of the issue.* ***Price*** *is a function of* ***exchange rate*** *and market price*
***Market value*** *is denominated in U.S. dollars. Changes in* ***exchange rate*** *will affect the "face value in U.S. dollars" and* ***marks value.***







CITICORP FINANCIAL SERVICES CORP
PO Box 70263
San Juan, PR 00936-8263 Phone: (787) 756-4998

Ref: 00003333 00013115

# Client Statement

July 1 - September 30, 2007



**Account number 54X-03573-12 16A**

*107000003333 307271BA01 CFSFGNFOA*
*PENG ZEYING*
*WOON CHEUNG LEUNG*
*LAVALLE 3850 1ER PISO*
*CAPITAL FEDERAL BUENOS AIRES*
*C.P.1190*
*ARGENTINA*

**CFSC**
**CITICORP FINANCIAL SERVICES CORPORATION**
*Your Financial Executive*
CFSC 54X
P. O. BOX 70263
SAN JUAN PR 00936
787-756-4998
Website: www.cfscDirect.com
Clearing Broker: Citigroup Correspondent Clearing Services ("CCS"), a division of Citigroup Global Markets Inc. Member SIPC

Investments and Annuities:
• NOT FDIC INSURED • NOT A DEPOSIT WITH OR OBLIGATION OF ANY BANK • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NO BANK GUARANTEE • SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF PRINCIPAL
Securities transactions are through your introducing broker, Citicorp Financial Services Corporation (CFSC), member NASD/SIPC.
CFSC, Citibank, and Citigroup Global Markets Inc. are affiliated companies under the common control of Citigroup Inc.
Citicorp, Citigroup, and the Umbrella Device are trademarks and service marks of Citigroup, and are used throughout the world.
To learn about SIPC coverage, please visit their website at www.sipc.org. ©2007 Citicorp Financial Services Corporation. All rights reserved.

## Account value

| | Last period | This period | % |
|---|---|---|---|
| International bonds | [illegible] | [illegible] | [illegible] |
| **Total value** | [illegible] | [illegible] | [illegible] |

## Cash, money fund, bank deposits

| | This period | This year |
|---|---|---|
| **Opening balance** | [illegible] | |
| Deposits | [illegible] | [illegible] |
| Withdrawals | [illegible] | [illegible] |
| **Closing balance** | [illegible] | |

A free credit balance in any securities account will be paid to you on demand. Although properly accounted for on our books and records, these funds may be used for our business purposes.

## Gain/loss summary

| | This period | This year |
|---|---|---|
| Original Realized gain or (loss) | [illegible] | [illegible] |
| Adjusted Realized gain or (loss) | [illegible] | [illegible] |
| Unrealized gain or (loss) to date | [illegible] | |

## Portfolio summary

| | This period | This year |
|---|---|---|
| Beginning total value (excl. accr. int.) | [illegible] | [illegible] |
| Net security deposits/withdrawals | [illegible] | [illegible] |
| Net cash deposits/withdrawals | [illegible] | [illegible] |
| Beginning value net of deposits/withdrawals | [illegible] | [illegible] |
| Total value as of 9/28/2007(excl.accr.int.) | [illegible] | [illegible] |
| Total return | [illegible] | [illegible] |





# EXHIBIT 3

# DREIER LLP

ATTORNEYS AT LAW

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

August 13, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn: Mr. Stan Burg

**Re: Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our clients, Peng Zeying and Woon Cheung Leung (together, "Zeying").

Zeying is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Zeying is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 375,000 | US040114AZ32 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Zeying declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Zeying.

Very truly yours,

Cara S. Mittleman