Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ALESIA MILANESI, et al.,

                 Plaintiff,

      - against -

THE REPUBLIC OF ARGENTINA,

              Defendant.

-------------------------------------------------------------------x

: 07 CV 7248 (TPG)

: **DECLARATION OF**
: **CARLOS GUSTAVO FERREIRA**
: **IN SUPPORT OF MOTION**
: **FOR SUMMARY JUDGMENT**

CARLOS GUSTAVO FERREIRA declares under penalty of perjury as follows:

    1.    I am a citizen of the Republic of Argentina ("Argentina") and one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against Argentina. I have personal knowledge of the facts set forth below.

    2.    As set forth in the Complaint, it cannot be disputed that (i) I own the bonds upon which I have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) I provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.    I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amounts of: (i)$11,000 having the ISIN No. US040114GF14 and CUSIP No. 040114GF1; (ii)$6,000 having the ISIN No. US040114AV28 and CUSIP No. 040114AV2; and (iii)$21,000 having ISIN No. US040114AR16 and CUSIP No. 040114AR1, before December, 2001. The Bonds are deposited under the name of my bank, Banco de Galicia y Bs. As., and have been booked electronically by Caja de Valores in my name. Copies of my three most recent certificates, all as of November 19, 2007, are annexed hereto (each with a true and accurate translation thereof) as Exhibits 1, 2 and 3. Those certificates indisputably show that I continue to own the Bonds.

4.    Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5.    The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6.    In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

(a)    Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d)    Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

---

[1]    A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

7.      Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

8.      By letter dated August 13, 2007, I provided Argentina with written notice that I was declaring the principal and interest on the Bonds to be due and payable.  A copy of that letter is annexed hereto as Exhibit 4.

9.      Since then, Argentina has failed to make any payment of principal or interest to me.

10.     By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: November 30, 2007

<br>

_____
CARLOS GUSTAVO FERREIRA

# EXHIBIT 1

Certificate No.        49258

# CAJA DE VALORES

## DRECREE 677/2001 – TRANSPARENCY REGIME OF THE PUBLIC OFFER

Messrs.
**BANCO DE GALICIA Y BS. AS.**

**Depositor Number 552**

Know all men by this present that as of today are deposited in custody in this Caja de Valores S.A. in the name of:

**FERREIRA, CARLOS GUSTAVO**

**Number of Principal: 390444**

the following bonds:

Type:  6658        REPUBLIC OF ARGENTINA GLOBAL BOND IN US$
                   MATURITY 12/19/08
                   PUBLIC BONDS
                   ISIN US040114GF14
                   CEDEL
                   NOMINAL VALUE US$ 11,000.00        (blocked)
                   (eleven thousand*****************************************)

This certificate is issued at the request of the interested party on the 19 day of the month of November, 2007.

The issuing of this certificate implies the freezing of the assets stated above, only for the registration of acts of disposal made by its holder, for the period of thirty days, unless the holder returns the certificate or that within the said term the Judge or Arbitration Board under which this certificate has been filed, orders an extension of the freezing of the assets.

This information is issued in compliance with the provisions of Section No. 43 of this Caja de Valores S.A.'s Regulatory Decree No. 659/74 and the Article No. 4, clause e) of the Decree No. 677/01 "Transparency Regime of the Public Offer" and it only shows the existence of the balance registered in custody as of this date in the account referred to in the first paragraph hereof.

*[There are two illegible signatures]*: Manager. Director.



X 528

**Cert. Nro**    **49258**

CAJA DE
VALORES    **DECRETO 677/2001 - REGIMEN DE TRANSPARENCIA EN LA OFERTA PUBLICA**

Sres. BANCO DE GALICIA Y BS.AS.

                                                        Depositante: 552

Presente

Conste por la presente que al día de la fecha se encuentran registrados en Custodia
en ésta Caja de Valores S.A. a nombre de:

FERREIRA CARLOS GUSTAVO

                    (Comitente Nro.        390444

los siguientes valores:

Especie:  6658        BONO GLOBAL REP.ARG.U$S VTO.19/12/08
                      TITULOS PUBLICOS
                      ISIN US040114GF14
                      CEDEL
                      V/N  U$S        11.000,00        (Bloqueado)
                      (ONCE MIL **********************************************)

Se extiende este Certificado a pedido del interesado a los 19 días del mes de
NOVIEMBRE DE 2007
La expedición del presente Certificado importará el bloqueo de lso valores arriba
consignados, sólo para inscribir actos de disposición por su titular, por el plazo
de Treista (30) días, salvo que el titular devuelva el comprobante o durante de
dicho plazo se reciba una orden de prórroga del bloqueo del juez o Tribunal
Arbitral ante el cual el comprobante se hubiera hecho valer.

La presente información se expide en cumplimiento a lo dispuesto en el art. N° 43
del Decreto Reglamentario en Caja de Valores S.A. N° 659/74 y del art. N° 4 inciso
e] del Decreto N° 677/01 "Regimen de Transparencia en la Oferta Públiza" y solo
acredita la existencia del saldo registrado en la cuenta comitente, en la fecha
consignada en la presente

CAJA DE VALORES S.A.        CLAUDIO A. PORZIO
                                DIRECTOR
WALTER E. ESCUDERO
GERENTE DE OPERACIONES

# EXHIBIT 2

Certificate No.    49256

# CAJA DE VALORES

## DRECREE 677/2001 – TRANSPARENCY REGIME OF THE PUBLIC OFFER

Messrs.
**BANCO DE GALICIA Y BS. AS.**

**Depositor Number 552**

Know all men by this present that as of today are deposited in custody in this Caja de Valores S.A. in the name of:

### FERREIRA, CARLOS GUSTAVO

### Number of Principal: 390444

the following bonds:

Type:  6505          FOREIGN GLOBAL BONDS 11.375%
                          MATURITY 01/30/2017
                          FOREIGN BONDS
                          ISIN US040114AR16
                          CEDEL
                          NOMINAL VALUE US$ 21,000.00          (blocked)
                          (twenty one thousand******************************************)

This certificate is issued at the request of the interested party on the 19 day of the month of November, 2007.

The issuing of this certificate implies the freezing of the assets stated above, only for the registration of acts of disposal made by its holder, for the period of thirty days, unless the holder returns the certificate or that within the said term the Judge or Arbitration Board under which this certificate has been filed, orders an extension of the freezing of the assets.

This information is issued in compliance with the provisions of Section No. 43 of this Caja de Valores S.A.'s Regulatory Decree No. 659/74 and the Article No. 4, clause e) of the Decree No. 677/01 "Transparency Regime of the Public Offer" and it only shows the existence of the balance registered in custody as of this date in the account referred to in the first paragraph hereof.

*[There are two illegible signatures]*: Manager. Director.

XX 528

Cert. Nro **49256**



**CAJA DE VALORES**

**DECRETO 677/2001 - REGIMEN DE TRANSPARENCIA EN LA OFERTA PUBLICA**

Sres. BANCO DE GALICIA Y BS.AS.

Depositante: 552

Presente

Conste por la presente que al día de la fecha se encuentran registrados en Custodia
en ésta Caja de Valores S.A. a nombre de:

FERREIRA CARLOS GUSTAVO

(Comitente Nro.      390444   )

los siguientes valores:

Especie: 6505      BONOS EXT.GLOBALES 11,375 % V.30/01/2017
                   BONOS EXTERNOS
                   ISIN US040114AR16
                   CEDEL
                   V/N   U$S         21.000,00        (Bloqueado)
                   (VEINTIUN MIL ****************************************)

Se extiende este Certificado a pedido del interesado a los 19 días del mes de
NOVIEMBRE DE 2007
La expedición del presente Certificado importará el bloqueo de lso valores arriba
consignados, sólo para inscribir actos de disposición por su titular, por el plazo
de Treista (30) días, salvo que el titular devuelva el comprobante o durante de
dicho plazo se reciba una orden de prórroga del bloqueo del juez o Tribunal
Arbitral ante el cual el comprobante se hubiera hecho valer.

La presente información se expide en cumplimiento a lo dispuesto en el art. N° 43
del Decreto Reglamentario en Caja de Valores S.A. N° 659/74 y del art. N° 4 inciso
e] del Decreto N° 677/01 "Regimen de Transparencia en la Oferta Públiza" y solo
acredita la existencia del saldo registrado en la cuenta comitente, en la fecha
consignada en la presente

CAJA DE VALORES S.A.

WALTER E. ESCUDERO
GERENTE DE OPERACIONES

CLAUDIO A. PORZIO
DIRECTOR

# EXHIBIT 3

Certificate No.    49257

# CAJA DE VALORES

## DRECREE 677/2001 – TRANSPARENCY REGIME OF THE PUBLIC OFFER

Messrs.
**BANCO DE GALICIA Y BS. AS.**

**Depositor Number 552**

Know all men by this present that as of today are deposited in custody in this Caja de Valores S.A. in the name of:

### FERREIRA, CARLOS GUSTAVO

### Number of Principal: 390444

the following bonds:

Type:  6506        REPUBLIC OF ARGENTINA GLOBAL BOND 9.75%
                   MATURITY 09/19/2027
                   FOREIGN BONDS
                   ISIN US040114AV28
                   CEDEL
                   NOMINAL VALUE US$ 6,000.00        (blocked)
                   (six thousand*******************************************)

This certificate is issued at the request of the interested party on the 19 day of the month of November, 2007.

The issuing of this certificate implies the freezing of the assets stated above, only for the registration of acts of disposal made by its holder, for the period of thirty days, unless the holder returns the certificate or that within the said term the Judge or Arbitration Board under which this certificate has been filed, orders an extension of the freezing of the assets.

This information is issued in compliance with the provisions of Section No. 43 of this Caja de Valores S.A.'s Regulatory Decree No. 659/74 and the Article No. 4, clause e) of the Decree No. 677/01 "Transparency Regime of the Public Offer" and it only shows the existence of the balance registered in custody as of this date in the account referred to in the first paragraph hereof.

[*There are two illegible signatures*]: Manager. Director.



Cert. Nro    **49257**

**CAJA DE VALORES**

**DECRETO 677/2001 - REGIMEN DE TRANSPARENCIA EN LA OFERTA PUBLICA**

Sres. BANCO DE GALICIA Y BS.AS.

Depositante: 552

Presente

Conste por la presente que al día de la fecha se encuentran registrados en Custodia en ésta Caja de Valores S.A. a nombre de:

FERREIRA CARLOS GUSTAVO

(Comitente Nro.        390444    )

los siguientes valores:

Especie: 6506       BONO GLOB.REP.ARG.9,75%V.19/9/2027
                    BONOS EXTERNOS
                    ISIN US040114AV28
                    CEDEL
                    V/N   U$S          6.000,00        (Bloqueado)
                    (SEIS MIL ************************************************)

Se extiende este Certificado a pedido del interesado a los19 días del mes de NOVIEMBRE DE 2007
La expedición del presente Certificado importará el bloqueo de lso valores arriba consignados, sólo para inscribir actos de disposición por su titular, por el plazo de Treista (30) días, salvo que el titular devuelva el comprobante o durante de dicho plazo se reciba una orden de prórroga del bloqueo del juez o Tribunal Arbitral ante el cual el comprobante se hubiera hecho valer.

La presente información se expide en cumplimiento a lo dispuesto en el art. N° 43 del Decreto Reglamentario en Caja de Valores S.A. N° 659/74 y del art. N° 4 inciso e] del Decreto N° 677/01 "Regimen de Transparencia en la Oferta Públiza" y solo acredita la existencia del saldo registrado en la cuenta comitente, en la fecha consignada en la presente

CAJA DE VALORES S.A.

WALTER E. ESCUDERO
GERENTE DE OPERACIONES

CLAUDIO A. PORZIO
DIRECTOR

# EXHIBIT 4

# DREIER LLP

**ATTORNEYS AT LAW**

---

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

August 13 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn: Mr. Stan Burg

Re: **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our client, Gustavo Carlos Ferreira.

Mr. Ferreira is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Mr. Ferreira is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 11,000 | US040114GF14 |
| $ 6,000 | US040114AV28 |
| $ 21,000 | US040114AR16 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Mr. Ferreira declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Mr. Ferreira.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com