Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ALESIA MILANESI, et al.,      :   07 CV 7248 (TPG)
                              :
               Plaintiff,     :   **DECLARATION OF**
                              :   **JOSE EMILIO CARTAÑA**
       - against -            :   **IN SUPPORT OF MOTION**
                              :   **FOR SUMMARY JUDGMENT**
THE REPUBLIC OF ARGENTINA,    :
                              :
               Defendant.     :
-----------------------------------------------------------------x

JOSE EMILIO CARTAÑA declares under penalty of perjury as follows:

1.  I am a citizen of the Republic of Argentina ("Argentina") and one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against Argentina. I have personal knowledge of the facts set forth below.

2.  As set forth in the Complaint, it cannot be disputed that (i) I own the bonds upon which I have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) I provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.  Between December, 2001 and January, 2002, I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994

(the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amount of $355,485 having the ISIN No. US040114GF14 and CUSIP No. 040114GF1. The Bonds are deposited under the name of my bank, Citi Smith Barney, and have been booked electronically by Citi Smith Barney in my name. A copy of my most recent account statement, for the period of October 1, 2007 to October 31, 2007, is annexed hereto as Exhibit 1. That statement indisputably shows that I continue to own the Bonds.

4. Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5. The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6. In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or
>
> (d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7. Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

---

[1] A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

8.    By letter dated August 13, 2007, I provided Argentina with written notice that I was declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9.    Since then, Argentina has failed to make any payment of principal or interest to me.

10.    By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: November 30, 2007

_____
JOSE EMILIO CARTAÑA

# EXHIBIT 1

Page 1 of 4

**Financial Management Account**
October 1 – October 31, 2007

Ref: 00000841 00004305

J07000000841 307304AG01 FGNFP001A
JOSE EMILIO CARTANA
CHARCAS 3233 PB A
BUENOS AIRES 1425
ARGENTINA

AT SMITH BARNEY

Account number 395-23688-13 664

Your Broker/Dealer is
CITIGROUP GLOBAL MKTS INC.
*Your Financial Advisor*
JOHN ELWAW/MATIAS CAVALIERI
701 BRICKELL AVE
SUITE 1500
MIAMI, FL 33131
305-379-1000
www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800-327-0273
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Citigroup Global Markets Inc., member NYSE, NASD, other principal exchanges, and the Securities Investor Protection Corporation (SIPC). Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates, and are used and registered throughout the world. Working Wealth℠ is a service mark of Citigroup Global Markets Inc.

### Account value

|  | Last period | This period | % |
|---|---|---|---|
| Total value | $ [redacted] | [redacted] | |
| Total value (excluding accrued interest) | | | |

### Cash, money fund, bank deposits

|  | This period |
|---|---|
| Opening balance | |
| Money fund earnings reinvested | |
| Closing balance | |

A free credit balance in any securities account may be paid to you on demand. Although properly accounted for on our books and records, these funds may be used for our business purposes.

### Portfolio summary

|  | This period | This year |
|---|---|---|
| Beginning total value (excl. accr. int.) | | |
| Net security deposits/withdrawals | 0.00 | 0.00 |
| Net cash deposits/withdrawals | 0.00 | 0.00 |
| Beginning value net of deposits/withdrawals | | |
| Total value as of 10/31/2007 (excl. accr. int.) | | |
| Total return | | |

### Earnings summary

|  | This period | This year |
|---|---|---|
| Money fund earnings | | |
| Total | | |

### Gain/loss summary

|  | This period |
|---|---|
| Unrealized gain or (loss) to date | $ 0.00 |



citi smith barney

Ref: 00000841 00004307

**WORKING WEALTH℠**
AT SMITH BARNEY

# Financial Management Account
October 1 - October 31, 2007

JOSE EMILIO CARTANA

Account number 395-23688-13 664

Page 3 of 4

## Bonds

Unrealized gains & losses have been adjusted to account for the accretion of OID (original issue discount), the amortization of premium, and/or the accretion of market discount.

Call features shown indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls.

The research rating for Standard & Poor's and Moody's Investors Service may be shown for certain fixed income securities. All research ratings represent the "opinions" of the research provider and are not representations or guarantees of performance. Your Financial Advisor will be pleased to provide you with further information or assistance in interpreting research ratings.

## International bonds

| Amount | Description | Date acquired/ CUSIP # | Cost/ Adjusted cost | Share cost/ Adjusted share cost | Current share price/Accrued interest | Current value | Unrealized Gain/(loss) Original/ Adjusted | Current % Yield/ Anticip. Income (annualized) | Ordinary Income/ Capital gain/(loss) |
|---|---|---|---|---|---|---|---|---|---|
| 355,485 | ARGENTINA REPUBLIC GLOBAL BONDS-BK/ENTRY-DTD 06/19/2001 INT: 07.000% MATY: 12/19/2008 EXCHANGE RATE: 1.0000000 Amount denominated in: U.S. dollars Rating: CA/D | 040114GF1 | $ 0.00 $ 0.00 | Please provide | 36.25 | $ 128,863.31 | Not available | 0.00 $ 0.00 | $ 0.00 $ 0.00 |
| **Total international bonds** | | | | | | | | | |
| 355,485 | | | | $ 0.00 | | $ 128,863.31 | $ 0.00** ST $ 0.00** LT | | $ 0.00 $ 0.00 |
| | | | | | | | $ 0.00** ST $ 0.00** LT | | $ 0.00 $ 0.00 |

Please note. Amounts are denominated in the currency of the issue. Price is a function of exchange rate and market price.
Market value is denominated in U.S. dollars. Changes in exchange rate will affect the "face value in U.S. dollars" and market value.

**Unrealized Gain/Loss is only calculated when an original cost basis is available.

# EXHIBIT 2

# DREIER LLP

ATTORNEYS AT LAW

Cara S. Mittleman
Direct 212 328 6119
cmittleman@dreierllp.com

August 13, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

Re:   **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our client, Jose Emilio Cartaña.

Mr. Cartaña is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Mr. Cartaña is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 355,485 | US040114GF14 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Mr. Cartaña declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Mr. Cartaña.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com