UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
:
ALESIA MILANESI, *et al.*,                  :    07 Civ. 7248 (TPG)
:
Plaintiffs,          :
:    **DECLARATION OF**
-against-                :    **ALESIA MILANESI**
:
THE REPUBLIC OF ARGENTINA,                  :
:
Defendant.           :
:
-------------------------------------------------------------------- x

**ALESIA MILANESI** declares under penalty of perjury as follows:

1. I am a plaintiff in the above referenced action and I make this supplemental declaration in further support of my motion for summary judgment against the Republic of Argentina. I have personal knowledge of the facts and circumstances set forth below.

2. I attach hereto as Exhibit 1 a true and correct copy of an account statement from Cassa dei Risparmi di Forli' e della Romagna dated as of March 17, 2008, along with a translation thereof, demonstrating my current ownership of a certain bond in the principal amount of $10,000 (11.375% Global Bond ISIN number US040114FC91). This is the only account statement that was provided to me by Cassa dei Risparmi di Forli'e della Romagna, demonstrating my current ownership of my bonds. It is my understanding that the attached account statement is the only statement that Cassa dei Risparmi di Forli'e della Romagna provides to its customers.

{00342685.DOC;}

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: New York, New York
       June 10, 2008

*[signature]*
ALESIA MILANESI

# EXHIBIT 1

X 525

CASSA DEI RISPARMI
DI FORLÌ E DELLA ROMAGNA
SANPAOLO

# CERTIFICAZIONE DI POSSESSO

Intestatario del titolo: MILANESI ALESSIA

Codice Fiscale: MLNLSS77H45D704V

Luogo e data di nascita: FORLI' 05.06.77

Residenza o Domicilio: VIA DEL BOSCO N.6 CARPINELLO (FC)

Numero del deposito: 00115/90000/1571898/00

Intestatario/i del deposito: MILANESI ALESSIA

Titolo: ARGENTINA 11,375% 10

Codice ISIN: US040114FC91

Codice interno: 0892440

Quantità : USD 10.000

Data titolarità da certificare: 17 MARZO 2008

Motivo richiesta certificazione: RICHIESTA DAL CLIENTE PER ISTRUIRE PRATICA LEGALE AL FINE DI RISARCIMENTO DANNO.

La Cassa dei Risparmi di Forlì e della Romagna – Filiale 115 Carpinello, Via Cervese 161, 47100 Forlì, nella persona del Titolare o del facente funzioni, certifica i dati di cui sopra.

Forlì, 17 marzo 2008

IL TITOLARE

X 525

## CASSA DEI RISPARMI
## DI FORLI E DELLA ROMAGNA
SanPaolo

### POSSESSION CERTIFICATE

Bond's registered holder: MILANESI ALESSIA

Fiscal Code: MLNLSS77H45D704V

Place and date of birth: FORLI'  06.05.77

Residence or domicile: VIA DEL BOSCO N. 6  CARPINELLO (FC)

Deposit No.: 00115/90000/1571898/00

Bond's registered holder/s: MILANESI ALESSIA

Bond: ARGENTINA 11.375%  10

ISIN Code: US040114FC91

Internal code: 0892440

Amount: USD 10,000

Certificate's ownership date: NOVEMBRE 16, 2007

Reason of certificate request: Client's request due legal actions for compensation.

Cassa dei Risparmi di Forlì e della Romagna -- Carpinello Branch 115, Via Cervese 161, 47100 Forlì, represented by its manager or representative confirms the above mentioned information.

Forlì, 03/17/2008

*Seal, signature*
MANAGER