UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ALESIA MILANESI, *et al.*,                              :        07 Civ. 7248 (TPG)

                                                       :

                          Plaintiffs,                   :

                                                       :        **DECLARATION OF**
                    -against-                            :        **LUCIANA CEREDI**

                                                       :

THE REPUBLIC OF ARGENTINA,                             :

                                                       :

                          Defendant.                    :

                                                       :

------------------------------------------------------------------ x


   **LUCIANA CEREDI** declares under penalty of perjury as follows:

   1.      I am a plaintiff in the above referenced action and I make this
supplemental declaration in further support of my motion for summary judgment against
the Republic of Argentina.  I have personal knowledge of the facts and circumstances set
forth below.

   2.      I attach hereto as Exhibit 1 a true and correct copy of an account
statement from Cassa dei Risparmi di Forli' e della Romagna dated as of March 17, 2008,
along with a translation thereof, demonstrating that my husband Luciano Milanesi's and I
currently own a certain bond in the principal amount of $50,000 (11.375% Global Bond
ISIN number US040114FC91).  This is the only account statement that was provided to
us by Cassa dei Risparmi di Forli'e della Romagna, demonstrating our current ownership
of our bonds.  It is my understanding that the attached account statement is the only
statement that Cassa dei Risparmi di Forli'e della Romagna provides to its customers.

I declare under penalty of perjury under the laws of the United States of

America that to the best of my knowledge the foregoing is true and correct.

Dated:  New York, New York
      April 18, 2008

**LUCIANA CEREDI**

# EXHIBIT 1

CASSA DEI RISPARMI
DI FORLÌ E DELLA ROMAGNA
⟨SANPAOLO⟩

## CERTIFICAZIONE DI POSSESSO

Intestatario del titolo: MILANESI LUCIANO

Codice Fiscale: MLNLCN45R21C777D

Luogo e data di nascita: CIVITELLA DI ROMAGNA 21.10.45

Residenza o Domicilio: VIA DEL BOSCO N.6 CARPINELLO (FC)

Numero del deposito: 00115/90000/1571911/00

Intestatario/i del deposito: MILANESI LUCIANO – CEREDI LUCIANA

Titolo: ARGENTINA 11,375% 10

Codice ISIN: US040114FC91

Codice interno: 0892440

Quantità : USD 50.000

Data titolarità da certificare: 17 MARZO 2008

Motivo richiesta certificazione: RICHIESTA DAL CLIENTE PER ISTRUIRE PRATICA
LEGALE AL FINE DI RISARCIMENTO DANNO.

La Cassa dei Risparmi di Forlì e della Romagna – Filiale 115 Carpinello, Via Cervese 161, 47100
Forlì, nella persona del Titolare o del facente funzioni, certifica i dati di cui sopra.

Forlì, 17 marzo 2008

Cassa dei Risparmi
di Forlì e della Romagna S.p.A.
(115) Filiale di FORLÌ – Frez. Carpinello

IL TITOLARE

# CASSA DEI RISPARMI
## DI FORLI E DELLA ROMAGNA
SanPaolo

## POSSESSION CERTIFICATE

Bond's registered holder: MILANESI LUCIANO

Fiscal Code: MLNLCN45R21C777D

Place and date of birth: CIVITELLA DI ROMAGNA  10.21.45

Residence or domicile: VIA DEL BOSCO N. 6  CARPINELLO (FC)

Deposit No.: 00115/90000/1571911/00

Bond's registered holder/s: MILANESI LUCIANO – CEREDI LUCIANA

Bond: ARGENTINA 11.375%  10

ISIN Code: US040114FC91

Internal code: 0892440

Amount: USD 50,000

Certificate's ownership date: MARCH 17, 2008

Reason of certificate request: Client's request due legal actions for compensation.


Cassa dei Risparmi di Forlì e della Romagna – Carpinello Branch 115, Via Cervese 161, 47100 Forlì, represented by its manager or representative confirms the above mentioned information.


Forlì, 03/17/2008

*Seal, signature*
MANAGER