UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ALESIA MILANESI, et al.,

                Plaintiffs,

      -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.
------------------------------------------------------------------- x

**ORDER OF SATISFACTION OF JUDGMENT**

07-CV-7248 (LAP)

WHEREAS, on September 25, 2008, the Court entered a final judgment, ECF No. 17, (the "Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the plaintiffs Alesia Milanesi, Luciana Ceredi, Luciano Milanesi, Peng Zeying, Woon Cheung Leung, Raul Alejandro Gonzalez Martin, Gustavo Carlos Ferreira, Jose Emilio Cartaña, Raul Horacio Mendez, and Maria Mercedes Mendez Ferro, with respect to plaintiffs' beneficial interests on certain defaulted bonds issued by the Republic (the "Bonds");

WHEREAS, plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are subject of the above-captioned case.

NOW, THEREFORE, full satisfaction of plaintiffs' Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

*Loretta A. Preska*
United States District Judge
Dated:   April 27  , 2020